**DISMISS; and Opinion Filed July 29, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01605-CV

**ONE THOUSAND SEVEN HUNDRED NINETY-SEVEN DOLLARS AND FIFTY-FIVE CENTS IN U.S. CURRENCY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC12-11492-G**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Lewis

Appellant's brief in this case is overdue. By postcard dated April 29, 2014, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file both appellant's brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, an extension motion, or otherwise corresponded with the Court regarding the status of appellant's brief.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 38.8(a)(1); 42.3(b)(c).


/David Lewis/
DAVID LEWIS
JUSTICE


121605F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ONE THOUSAND SEVEN HUNDRED
NINETY-SEVEN DOLLARS AND FIFTY-
FIVE CENTS IN U.S. CURRENCY,
Appellant

No. 05-12-01605-CV        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC12-11492-G.
Opinion delivered by Justice Lewis.
Justices Fillmore and Evans participating.

        In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

        It is **ORDERED** that appellee THE STATE OF TEXAS recover its costs of this appeal
from PEDRO MEDRANO.

Judgment entered this 29th day of July, 2014.